```
                                              FILED
                                        US DISTRICT COURT
                                        DISTRICT OF NEBRASKA

                                            AUG 12 2008
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

OFFICE OF THE CLERK

| | | |
|---|---|---|
| IN RE: SEARCH WARRANT FOR | ) | 8:08MJ98 |
| THE RESIDENCE AT 2885 MARY STREET, OMAHA, | ) | |
| NEBRASKA, FURTHER DESCRIBED AS DARK | ) | |
| BROWN WOOD STRUCTURE WITH LIGHT BROWN | ) | |
| TRIM, AND THE NUMBERS 2885 DISPLAYED | ) | |
| ABOVE THE FRONT DOOR | ) | |

## MOTION TO UNSEAL SEARCH WARRANT APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 12th day of August, 2008.

UNITED STATES OF AMERICA

JOE W. STECHER
United States Attorney

By: _____
JOHN E. HIGGINS
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

### ORDER

IT IS SO ORDERED.

BY THE COURT:

_____
F.A. Gossett, III
Judge, United States Magistrate Court

DATED: 8/12/08